**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
| 5630 Chestnut OZB LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Bky. No. 25-10175 (PMM) |

# O R D E R

**AND NOW**, upon consideration of the U.S. Trustee's Motion to Dismiss (doc. #25, "the Motion")*,* and the Motion to Expedite the hearing thereon (doc. #26, the "Motion to Expedite") it is hereby **ORDERED** that:

1. The Motion to Expedite is **GRANTED**.

**2.** A hearing to consider the Motion will be held on **Wednesday, February 19, 2025 at 9:30 a.m. in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee, the individual Respondent, all secured creditors and all priority creditors by overnight mail or e-mail transmission **no later than 5:00 p.m.** on or before **February 12, 2025**. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than **5:00 p.m. on February 12, 2025**. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date:  2/10/25**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**